Marlon Andre **WILSON, Plaintiff— Appellant,**

v.

The **UNITED STATES PAROLE COMMISSION, Defendant— Appellee.**

No. 12–6261.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2012.

Decided: July 3, 2012.

Marlon Andre Wilson, Appellant Pro Se.

Before DUNCAN, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Andre Wilson appeals the district court's order dismissing his petition for a writ of mandamus pursuant to 28 U.S.C. § 1915A (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. United States Parole Comm'n,* No. 1:12–cv–00084–JCC–IDD (E.D.Va. Jan. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*